UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re HENRY DESEAN ADAMS, | Case No. 20-cv-08236-YGR (PR)<br><br>**ORDER OF TRANSFER** |

This action was opened on November 23, 2020, when the Court received from Plaintiff a letter addressed to the "United States District Court [for the] Northern District of California," which concerned prison conditions, as well as several pages of exhibits. Dkts. 1, 2.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted his complaint on a proper civil rights complaint form and had not submitted an *in forma pauperis* application. Dkts. 3, 4. The Clerk further notified him that this action would be dismissed if he did not submit a complaint on the proper form and a completed *in forma pauperis* application within twenty-eight days.

To date, Plaintiff has neither completed a rights complaint pursuant to 42 U.S.C. § 1983 nor has he submitted an *in forma pauperis* application. However, the Court notes that the acts complained of in his letter occurred at the California Men's Colony State Prison, which is located in the Western Division of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: December 8, 2020

YVONNE GONZALEZ ROGERS
United States District Judge