UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY ADAMS,<br><br>        Plaintiff,<br><br>           v.<br><br>UNKNOWN,<br><br>        Defendants. | NO. CV 20-11151-DOC (AGR)<br><br>ORDER OF DISMISSAL |

   On November 23, 2020, Plaintiff submitted to the District Court for the Northern District of California a letter concerning prison conditions at the California Men's Colony ("CMC"), where he is incarcerated. Plaintiff essentially alleged that prison officials constantly "microwaved" him with "super weird" lies. The letter did not assert any claims and did not request any relief.

   The District Court for the Northern District treated the letter as commencing a civil rights action under 42 U.S.C. § 1983, but notified Plaintiff that the action would be dismissed if he did not submit a proper civil rights complaint and an application to proceed *in forma pauperis* within 28 days. The action was subsequently transferred to this judicial district.

Plaintiff has now filed a letter stating that "this letter was mistakenly taken as a complaint" and "I do not wish to pursue this case." (Dkt. No. 8.) He asks that the court "dismiss civil case action number 2:20-cv-11151 DOC-AGR." (*Id.*)

Accordingly, IT IS ORDERED that this action is DISMISSED. Fed. R. Civ. P. 41(a)(1).

**IT IS SO ORDERED.**

DATED: December 22, 2020

_____
DAVID O. CARTER
United States District Judge